UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 16-8296-MWF(AJWx)**                                  Dated: **December 2, 2016**

Title:     Shiloh D. Walton -v- Citibank, N.A., et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

   Cheryl Wynn                                None Present
   Relief Courtroom Deputy                    Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

   None Present                               None Present

PROCEEDINGS (IN CHAMBERS):        COURT ORDER

In light of the Notice of Settlement filed December 1, 2016, the Court sets a hearing on Order To Show Cause Re Dismissal for **February 6, 2017 at 11:30 a.m.** If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. *All other dates are hereby vacated.*

**IT IS SO ORDERED.**

MINUTES FORM 90                                         Initials of Deputy Clerk __cw__
CIVIL - GEN

-1-